Civil Action No. 3:10-cv-324

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    CF Medical LLC

was received by me on *(date)*    08/02/2010 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served summons and complaint by certified mail, return receipt requested, on August 9, 2010.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date:    08/16/2010

*Server's signature*

Alan C. Lee, Esq., Plaintiff's Attorney
*Printed name and title*

PO Box 1357
Morristown, TN 37816-1357
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | | |
|---|---|---|
| James E. Hill | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:10-CV-324 |
| CF Medical LLC and Capio Partners | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CF Medical LLC
c/o The Corporation Trust Company of Nevada
311 South Division Street
Carson City, NV 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan C. Lee, Esq.
PO Box 1357
Morristown, TN 37816-1357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PATRICIA L. McNUTT, CLERK
CLERK OF COURT

Date: 7/27/2010

KWatson
*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CF Medical LLC
   c/o The Corporation Trust
   Company of Nevada
   311 South Division Street
   Carson City, NV 89703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tyler
C. Date of Delivery: 8-9-10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   Hill

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0000 6472 8767

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 3230 0000 6472 8767**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
**Return Receipt**
Status: **Delivered**

Your item was delivered at 11:01 am on August 09, 2010 in CARSON CITY, NV 89703.

Detailed Results:
- Delivered, August 09, 2010, 11:01 am, CARSON CITY, NV 89703
- Acceptance, August 06, 2010, 1:49 pm, TALBOTT, TN 37877

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA